# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Panos, Christopher J. | United States Bankruptcy Court (D. Mass.) | 05/15/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608-2025

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spindle Rock Club, Inc. |
| 2. | Trustee | LMM Westport Legacy Trust |
| 3. | Trustee | Knubble Realty Trust (personal/family real estate) |
| 4. | Trustee | BeeHive Realty Trust (personal/family real estate) |
| 5. | Trustee | C&M Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/12/14 | Agreement Regarding Plan of Liquidation and Winddown Craig and Macauley PC (ceased practicing law 4/30/14, but still distributes to former shareholders) |
| 2. | 5/1/15 | Limited contingent guaranty of Boston lease (exp.5/1/18) of Partridge Snow & Hahn (former firm)(see Part VI) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/2016 | Craig and Macauley Professional Corporation (distribution of income earned prior to 4/30/14 pursuant to Winddown Agreement - See II(1) | $9,441.77 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 17 and 18, 2016 | Washington, D.C. | Annual Meeting and Education Programs | stipend toward travel, lodging, and meals offered to all judicial Fellows |
| 2. | American Bankruptcy Institute | July 14 - 17, 2016 | New Hampshire | Speak at Nertheast Conference | Hotel room and meals provided |
| 3. | National Conference of Bankruptcy Judges | October 27 - 30, 2016 | San Francisco, CA | NCBJ annual meeting and educational programs | stipend towards travel and lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Partridge Snow & Hahn LLP | former firm contribution towards Investiture reception | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Partridge Snow & Hahn Boston Lessor | Contingent limited guaranty of Boston lease (exp. 5/1/18) of former firm | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CJP Investment Acct 1 | | | | | | | | | |
| 2. VEMAX | B | Dividend | L | T | | | | | |
| 3. VMATX | A | Dividend | K | T | | | | | |
| 4. VMMXX | A | Dividend | L | T | | | | | |
| 5. VTIAX | B | Dividend | L | T | | | | | |
| 6. VTSAX | C | Dividend | M | T | | | | | |
| 7. 529 Plan Account 1 | | | | | | | | | |
| 8. Vanguard Totl Int Stk Idx | | None | L | T | | | | | |
| 9. Vanguard totl Stk Mkt Idx | | None | L | T | | | | | |
| 10. 529 Plan Account 2 | | | | | | | | | |
| 11. Vanguard Totl Int Stk Idx | | None | L | T | | | | | |
| 12. Vanguard totl Stk Mkt Idx | | None | L | T | | | | | |
| 13. CJP IRA 1 | | | | | | | | | |
| 14. VMXX | B | Dividend | N | T | | | | | |
| 15. VTIAX | C | Dividend | M | T | | | | | |
| 16. VTSAX | B | Dividend | L | T | | | | | |
| 17. CJP IRA 2 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VMMXX | A | Dividend | M | T | | | | | |
| 19. CJP Inv Acct 2 / LMMWL Trust Acct | | | | | | | | | |
| 20. VMMXX | A | Dividend | J | T | | | | | |
| 21. FHICX | C | Dividend | M | T | | | | | |
| 22. HAHCX | E | Dividend | N | T | | | | | |
| 23. CJP IRA 3 | | | | | | | | | |
| 24. ABDXX | A | Interest | K | T | | | | | |
| 25. DD | A | Dividend | | | Sold | 07/25/16 | K | C | |
| 26. PFE | A | Dividend | | | Sold | 07/25/16 | K | D | |
| 27. PCL | | None | | | Sold | 07/25/16 | K | D | |
| 28. PG | | None | | | Sold | 07/25/16 | J | D | |
| 29. VGK | A | Dividend | J | T | | | | | |
| 30. VOO | A | Dividend | J | T | Buy (add'l) | 07/25/16 | K | | |
| 31. VFH | A | Dividend | K | T | Buy | 07/25/16 | K | | |
| 32. CJP Investment Acct 3 | | | | | | | | | |
| 33. SPAXX | A | Int./Div. | K | T | Open | 03/01/16 | J | | |
| 34. FDMXX | A | Int./Div. | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | XLF | D | Dividend | L | T | | | | | |
| 36. | ABTL | | None | J | T | | | | | |
| 37. | CC | A | Dividend | | | Sold | 07/28/16 | J | A | |
| 38. | CXDO | | None | J | T | | | | | |
| 39. | DIS | A | Dividend | | | Sold | 12/07/16 | J | D | |
| 40. | DD | A | Dividend | | | Sold | 07/28/16 | K | C | |
| 41. | GE | A | Dividend | | | Sold | 07/28/16 | J | A | |
| 42. | SPLS | A | Dividend | | | Sold | 07/28/16 | J | A | |
| 43. | PCL/WY | A | Dividend | | | Sold | 07/28/16 | J | D | |
| 44. | XLRE | A | Int./Div. | J | T | Open | 09/01/16 | J | | |
| 45. | FTEXX | A | Int./Div. | J | T | Open | 01/01/16 | J | | |
| 46. | FZBXX | A | Int./Div. | J | T | Open | 01/01/16 | J | | |
| 47. | | | | | | | | | | |
| 48. | Investment Acct 4 | | | | | | | | | |
| 49. | FDMXX | A | Dividend | J | T | | | | | |
| 50. | Investment Account | | | | | | | | | |
| 51. | FDMXX | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. FSDCX | A | Dividend | J | T | | | | | |
| 53. MSI | A | Dividend | J | T | | | | | |
| 54. IRA | | | | | | | | | |
| 55. FDRXX | A | Int./Div. | K | T | | | | | |
| 56. FSLCX | C | Dividend | L | T | | | | | |
| 57. FASMX | B | Dividend | K | T | | | | | |
| 58. FDFFX | C | Dividend | L | T | | | | | |
| 59. FFIDX | B | Dividend | K | T | | | | | |
| 60. FLPSX | C | Dividend | L | T | | | | | |
| 61. FBGRX | A | Dividend | K | T | | | | | |
| 62. FDGFX | A | Dividend | L | T | | | | | |
| 63. Boston Private Bank Deposit Account | A | Interest | L | T | | | | | |
| 64. Bank of America Deposit Accounts | A | Interest | L | T | | | | | |
| 65. USAA Deposit Account | A | Interest | K | T | | | | | |
| 66. Baycoast Bank Deposit Accounts | A | Interest | J | T | | | | | |
| 67. Santander Deposit Account | A | Interest | J | T | | | | | |
| 68. 2014 CM Grantor Trust (no reportable assets) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CM Trust (holds small interest in Valmarc Inc. (private co.) | | None | J | W | | | | | |
| 70. BeeHive Trust (no reportable assets) | | None | | | | | | | |
| 71. Knubble Trust (no reportable assets) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Panos, Christopher J.** | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I -

Line 3 - Knubble Trust owns an interest in non-income producing undeveloped family land
Line 4 - BeeHive Realty Trust owns non-income producing family home
Line 5 - CM Trust see Part VII, Line 69

Part VII-

Lines 33, 44, 45, 46 - these reflect what appear to be money market/cash/clearing accounts ("XX" designation) that I did not open, but were opened by brokerage as subparts of "Core Account" for cash equivilent holdings. The dates used were an attempt to identify the first statements where these holdings occured. They were not reported by the brokerage as "transactions" in 2016. I have reported them as "opened" in 2016. This is how the brokerage has explained it to me after inquiry.

Line 68 - C&M Grantor Trust - I understand that this grantor trust (related to the windown agreement referenced in Part II, Line 1) had no assets as of 12/31/16, but could be further funded in relation to the winddown.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher J. Panos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544